Mr. Justice Heard delivered the opinion of the court.

---

**Floyd J. Hutson, defendant in error, v. John Barton Payne, operating the Cleveland, Cincinnati, Chicago & St. Louis Railway Company, plaintiff in error.**

Action for damages for personal injuries resulting from a collision between an engine in the control of defendant and an automobile

driven by plaintiff, at a city crossing. Judgment for plaintiff. Appeal from the Circuit Court of Coles county; the Hon. Augustus A. Partlow, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed October 25, 1921.

George B. Gillespie, for plaintiff in error; L. J. Hackney, H. A. Neal and George B. and George M. Gillespie, of counsel. Albert C. and Ben F. Anderson, for defendant in error.

Mr. Justice Heard delivered the opinion of the court.

---

Mr. Justice Heard delivered the opinion of the court.